# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10615

_____

ALAN RENE SAJOUS,

Plaintiff-Appellant,

*versus*

UNITED STATES OF AMERICA,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-20157-JAL

_____

Before BRASHER and ABUDU, Circuit Judges.

2                    Order of the Court                    24-10615

BY THE COURT:

Alan Sajous, proceeding *pro se*, appeals the denial of his petition for a writ of error *coram nobis*. That petition challenged both the federal sentencing court's calculation of his guidelines range and his restitution obligation, and Sajous continues to challenge both on appeal. We asked the parties to address whether the appeal is moot.

We conclude that Sajous's release from custody and the completion of his term of supervised release have mooted any issue concerning his sentence, except his challenge to his restitution obligation, which has not been discharged. *See United States v. Juvenile Male*, 564 U.S. 932, 936 (2011) (providing that, when a former criminal defendant completes his prison sentence, any challenge to that sentence is moot unless he identifies continuing collateral consequences of his sentence that could be remedied by a favorable judicial decision).

Accordingly, this appeal is DISMISSED IN PART for lack of jurisdiction, and we allow the appeal to proceed only as to Sajous's challenge to his restitution obligation.